# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROSE ANN L. CIMINO  
2321 HALSTED ROAD #103  
ROCKFORD, IL  61103  

SSN-xxx-xx-8335

Case Number: 05-74509

Case filed on: 9/1/2005  
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,795.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ROSE ANN L. CIMINO | 0.00 | 0.00 | 155.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 155.00 | 0.00 |
| 002 | CITIZENS FINANCE | 3,000.00 | 3,000.00 | 3,000.00 | 233.24 |
|  | Total Secured | 3,000.00 | 3,000.00 | 3,000.00 | 233.24 |
| 001 | AMERICAN GENERAL FINANCE | 2,378.00 | 2,378.00 | 349.98 | 0.00 |
| 002 | CITIZENS FINANCE | 1,910.40 | 1,910.40 | 281.16 | 0.00 |
| 003 | PAUL S. GODLEWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAMELOT RADIOLOGY ASSOC, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 195.95 | 195.95 | 28.84 | 0.00 |
| 007 | ROCK VALLEY PATHOLOGISTS LTD | 299.00 | 299.00 | 44.00 | 0.00 |
| 008 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 4,413.80 | 4,114.80 | 605.59 | 0.00 |
| 010 | ILLINOIS BELL TELEPHONE CO | 1,219.49 | 1,219.49 | 179.48 | 0.00 |
| 011 | ST ANTHONY MEDICAL CENTER | 13,545.10 | 13,545.10 | 1,993.48 | 0.00 |
| 012 | PHILLIP CIMINO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PHILLIP CIMINO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FINANCIAL ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IRENE BOSWELL, M.D.P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,961.74 | 23,662.74 | 3,482.53 | 0.00 |
|  | Grand Total: | 28,325.74 | 28,026.74 | 8,001.53 | 233.24 |

Total Paid Claimant:      $8,234.77  
Trustee Allowance:        $560.23  
Percent Paid Unsecured:   14.72  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009           By  /s/Heather M. Fagan